IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

MAJIED LEWIS,

    Plaintiff,

v.                                                             Civil Action No. **3:16CV98**

**CHESAPEAKE POLICE,**

    Defendant.

## MEMORANDUM OPINION

On March 7, 2016, the Court conditionally docketed Plaintiff's action. Plaintiff requested leave to proceed *in forma pauperis*. By Memorandum Order entered on April 27, 2016, the Court directed Plaintiff to pay an initial partial filing fee of $.85 or state under penalty of perjury that he did not have sufficient assets to pay such a fee within eleven (11) days of the date of entry thereof. *See* 28 U.S.C. § 1915(b)(1). Plaintiff has neither paid the initial partial filing fee nor averred that he cannot pay such a fee. Therefore, Plaintiff is not entitled to proceed *in forma pauperis*. Plaintiff's disregard of the Court's directives warrants dismissal of the action. Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

An appropriate Order shall issue.

                                                                /s/
                                                M. Hannah Lauck
                                                United States District Judge

Date: MAY 3 1 2016
Richmond, Virginia